NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MANUFACTURING RESOURCES INTERNATIONAL, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SDS AMERICA, INC., INDUSTRIAL ENCLOSURES CORPORATION, dba Palmer Digital Group, COATES US INC.,**
*Intervenors*

---

2024-1749

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1331.

---

**O R D E R**

The parties having so agreed, it is ordered that:

2     MANUFACTURING RESOURCES INTERNATIONAL, INC. V. ITC

    (1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

    (2) Each side shall bear their own costs.

FOR THE COURT

August 29, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 29, 2024